In Re:  
Emma J. Maye  
    Debtor

Case No. 18-04679-JCO-13

## OBJECTION TO CLAIM

COMES NOW Daniel B. O'Brien, the Standing Chapter 13 Trustee for the Southern District of Alabama (the "Trustee"), and files this Objection to Claim. In support of this objection to Trustee Claim #4, ECF Claim #8 filed by <u>Wilmington Savings Fund Society FSB, Trustee</u> the Trustee states the following:

The Trustee received a disbursement check that was returned by the Creditor with a letter stating that the loan was service released. The Trustee has no knowledge of the current account holder. The Trustee's Office issued a notice to the Creditor and the attorney of record on August 9, 2021 informing them that a Transfer of Claim must be filed with U.S. Bankruptcy Court within thirty (30) days or an objection would be filed. More than thirty (30) days have passed, and a Transfer of claim has not been filed.

No further disbursements can be made by the Trustee's office.

WHEREFORE given that the Trustee is unable to pay the remaining claim balance, the Trustee requests that the claim be reduced to the amount paid to date.

Dated: September 17, 2021

/s/ Daniel B. O'Brien  
_____  
Daniel B. O'Brien  
Chapter 13 Trustee  
P. O. Box 1884  
Mobile, AL  36633

# CERTIFICATE OF SERVICE
## VIA NOTICE OF ELECTRONIC FILING OR U.S. MAIL OR CERTIFIED MAIL

**By Electronic Notification:**
Pearce Law Firm
P. O. Box 609
Foley, AL  36536

Pearce Law Firm
P. O. Box 609
Foley, AL  36536

**By First Class Mail:**
Emma J. Maye
106 Harris St
Atmore, AL  36502-1807

Aldridge Pite, LLP
3575 Piedmont Road, N. E., Suite 500
Fifteen Piedmont Center
Bryce Noel, Esq
Atlanta, GA  30305

Wilmington Savings Fund Society FSB, Trustee
1600 South Douglass Road
c/o Carrington Mortgage Services LLC
for Stanwich Mortgage Loan Trust A
Anaheim, CA  92806

Wilmington Savings Fund Society FSB, Trustee
P.O. Box 3730
c/o Carrington Mortgage Services, LLC
for Stanwich Mortgage Loan Trust A
Anaheim, CA  92806

| | |
|---|---|
| Dated:   September 17, 2021 | /s/  Daniel B. O'Brien |
| | Daniel B. O'Brien |
| | Chapter 13 Trustee |
| | P. O. Box 1884 |
| | Mobile, AL   36633 |